## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Gerald Patrick DEADY, Respondent.

### No. 390 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Feb. 10, 1998.

### *ORDER*

PER CURIAM.

AND NOW, this 10th day of February, 1998, upon consideration of the recommendation of the Disciplinary Board dated December 11, 1997, it is hereby

ORDERED that respondent, Gerald Patrick Deady, is placed on temporary suspension pursuant to Rule 208(f), Pa.R.D.E., until further definitive action by this Court. It is further ORDERED that respondent shall comply with the provisions of Rule 217, Pa. R.D.E.

This Order constitutes an imposition of public discipline within the meaning of Rule 402, Pa.R.D.E., pertaining to confidentiality.

## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Aaron D. DENKER, Respondent.

### No. 196 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Feb. 10, 1998.

### *ORDER*

PER CURIAM.

AND NOW, this 10th day of February, 1998, upon consideration of the Report and Recommendations of the Disciplinary Board dated November 26, 1997, it is hereby

ORDERED that AARON D. DENKER be and he is DISBARRED from the Bar of this Commonwealth, retroactive to May 6, 1996, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.